# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1442     **Short Title:** Fellers v. Kelley

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Kyle Fellers, Anthony Foote, Nicole Foote, Eldon Rash                                     as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

s/Endel Kolde                                   05/06/2025
Signature                                       Date

Endel Kolde
Name

Institute for Free Speech                       202-301-3300
Firm Name (if applicable)                       Telephone Number

1150 Connecticut Ave, NW, Suite 801             202-301-3399
Address                                         Fax Number

Washington, DC  20036                           dkolde@ifs.org
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: 1216389

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No.

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).