# COMPLETE LIST OF PARTIES

APPELLEES

Marcy Kelley, Michael Desilets, Matt Fisk, and Bow School District

COUNSEL FOR ALL APPELLEES

Brian J.S. Cullen
Cullen Collimore Shirley PLLC
37 Technology Way, Suite 3W2
Nashua, NH 03060
(603) 881-5500

APPELLANTS

Kyle Fellers, Anthony Foote, Nicole Foote, and Eldon Rash

COUNSEL FOR ALL APPELLANTS

Endel Kolde
Institute for Free Speech
1150 Connecticut Ave., NW, Suite 801
Washington, D.C. 20036
(202) 301-3300

ADDRESS FOR ALL APPELLANTS

c/o Institute for Free Speech
1150 Connecticut Ave., NW, Suite 801
Washington, D.C. 20036
(202) 301-3300