# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

No. 25-1442          **Short Title:** Fellers, et al v. Kelley, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Kyle Fellers, Anthony Foote, Nicole Foote, and Eldon Rash                          as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

_[signature]_                                                5/6/2025
Signature                                                    Date

Nathan John Ristuccia
Name

Institute for Free Speech                     (202) 301-3300
Firm Name (if applicable)                      Telephone Number

1150 Connecticut Ave., NW, Suite 801           (202) 301-3399
Address                                         Fax Number

Washington, D.C. 20036                         nristuccia@ifs.org
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: 1216360

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____
================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).