# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1442        **Short Title:** Fellers v. Kelley

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Kyle Fellers, Anthony Foote, Nicole Foote, and Eldon Rash</u> as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

<u>/s/ Brett R. Nolan</u>               <u>5-6-2025</u>
Signature                              Date

<u>Brett R. Nolan</u>
Name

<u>Institute for Free Speech</u>         <u>202-301-3300</u>
Firm Name (if applicable)               Telephone Number

<u>1150 Connecticut Ave. NW, Suite 801</u>   <u>202-301-3399</u>
Address                                  Fax Number

<u>Washington, DC 20036</u>              <u>bnolan@ifs.org</u>
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: <u>1208861</u>

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).